UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TYRONE JACKSON, individually and on behalf of all others similarly situated,

   Plaintiff,

v

DORTCH ENTERPRISES, LLC, and GREAT LAKES TACO, LLC, and LOUIS C. DORTCH, JR., jointly and severally,

   Defendants.

Case No. 2:24-cv-11234-RJW-CI

Hon. Robert J. White

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through undersigned counsel, hereby stipulate to dismiss with prejudice all claims asserted against Defendants, without fees or costs to either Party.

STIPULATED BY:

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | DICKINSON WRIGHT PLLC |
| By: */s/ Jesse L. Young*<br>Jesse L. Young (P72614)<br>141 E. Michigan Avenue, Ste. 600<br>Kalamazoo, MI 49007<br>(269) 250-7501<br>jyoung@sommerspc.com | By: */s/ Christina K. McDonald (w/ consent)*<br>Christina K. McDonald (P73517)<br>200 Ottawa Ave., N.W., Suite 900<br>Grand Rapids, MI 49503<br>(616) 458-1300<br>cmcdonald@dickinson-wright.com |
| MELMED LAW GROUP, P.C.<br>Jonathan Melmed (CA SBN 290218) | *Attorneys for Defendants* |

1

Laura Supanich (P85849)  
1801 Century Park East, Ste. 850   Dated: October 21, 2024  
Los Angeles, CA 90067  
(310) 824-3828  
jm@melmedlaw.com  
lms@melmedlaw.com  

*Attorneys for Plaintiff*

Dated: October 21, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a copy of the foregoing was sent to all parties via the Court's electronic filing system. Parties may access the filing through the Court's system.

                                           */s/ Jesse L. Young*
                                           Jesse L. Young